```
                              FILED ____   ENTERED
                              LOGGED____   RECEIVED
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

NOV 17 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Eric Wayne Grinder 63058-037 *

03/11/1981

Federal Correctional Complex     *   Criminal Case No.: CCB-17-226

P.O. Box 1000

Petersburg, VA 23804             *   Civil Case No.: CCB-20-3343
*(Full name, date of birth, identification #, address of movant)*        *(Leave blank. To be filled in by Court.)*

v.

**United States of America**     *

### MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE

1. Name and location of the court which entered the judgment/conviction being challenged.

   U.S. District court of Maryland, Baltimore, MD 21201

2. Date of judgment or sentencing.

   May 24, 2019

3. Length of sentence.

   30 years

4. Nature of offense (all counts).

   8 sex offenses   1 witness tampering

5. What was your plea? (check one)

   (a) Not Guilty        ☑
   (b) Guilty            ☐
   (c) Nolo Contendere   ☐
   If you entered different pleas to different counts or charges, explain.

   _____

   _____

6. Kind of trial (check one).

   (a) Jury         ☑
   (b) Judge Only   ☐

7. Did you testify at the trial?

    Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?

    Yes ☑   No ☐

    If you answered yes, provide the following information:

    A. What grounds did you raise?

    A 4th Amendment violation to particularity on searching electronic devices

    B. What was the result?

    judgement affirmed

    C. What was the date of the decision by the Court of Appeals?

    April 6, 2020

9. Did you file a petition for writ of certiorari to the United States Supreme Court?

    Yes ☑   No ☐

    If you answered yes, what was the result?

    Petition was denied

    If you answered yes, what was the date of the decision by the Supreme Court?

    October 13, 2020

10. Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?

    Yes ☐   No ☑

11. If you answered yes, provide the following information for **each** petition, application, or motion:

   A. Name and location of the court where you filed.

   _____

   B. Describe what you filed and the date on which it was filed.

   _____

   C. What grounds did you raise?

   _____
   _____
   _____

   D. What was the result?

   _____

   E. What was the date of the decision?

   _____

   F. Did you appeal the decision?

   Yes ☐     No ☐

   G. What was the result?

   _____
   _____

   H. If you did not appeal any adverse decision, explain why you did not appeal.

   _____
   _____
   _____
   _____

12. Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?

   Yes ☐    No ☑

   If you answered yes, describe what you filed, when, where, and its current status.

   _____
   _____
   _____

13. In most cases federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. § 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitations period does not apply.

   This motion is timely
   _____
   _____

14. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

   A. Ground One: Trial counsel was ineffective

   Supporting Facts: The enclosed memorandum highlights many instances in which trial counsel was ineffective in this case. The counsel admits in court they elected to not defend the defendent.

   B. Ground Two: This court did not have jurisdiction

   Supporting Facts: The government never proves the devices seized actually produced the images, therefore the interstate and foreign commerce violation is unproven. See memorandum p. 23

C. Ground Three: A violation of the 5th Amendment

Supporting Facts: A fatal variance altered the indictment, See memorandum p. 14. Several multiplicity violations in the indictment were not addressed by defense counsel, See Memorandum p. 16. The memorandum shows the defendent did not receive a fair trial.

D. Ground Four: 18 U.S.C. § 3553 (a) factors not taken into sentencing

Supporting Facts: The court did not explain or personalize the sentence or address any of the § 3553 (a) factors. See memorandum p. 26

E. Ground 5 on separate sheet
F. Ground 6 on separate sheet

15. If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why.

The issues in this § 2255 were not raised previously because both trial counsel and appeal counsel failed to investigate any claims other than suppression of evidence.

16. Do you have any other sentence(s) to be served after you complete the sentence/commitment that is being challenged in this petition?

Yes ☐   No ☑

If you answered yes, provide the following information about each of your future sentences:

A. Name and location of the court that imposed the sentence.

_____

B. Length of the sentence. _____

C. Have you filed, or do you intend to file, a petition or motion attacking this sentence?

Yes ☐   No ☐

E. Ground Five: Violation of 6th Amendment
   Supporting Facts: Defendent denied a speedy trial, Memorandum p. 6. Violation of the Compulsory Process, Memorandum p. 10. Violation of the Confrontation Clause, Memorandum p. 11. The Memorandum shows how trial counsel and appellate counsel were ineffective at assisting the defendent.

F. Ground Six: Violation of 14th Amendment
   Supporting Facts: Due Process was denied in this case. The defendent did not receive a fair trial, the government didn't even prove the requirements of the federal statutes. Memorandum p. 18-26. The whole memorandum shows how the trial was unjust.

WHEREFORE, Movant prays that the Court grant him/her all relief to which he/she may be entitled in this action.

I declare under the penalties of perjury that the information above is true and correct.

SIGNED THIS 3rd day of November, 2020.

_____
Signature

Eric Grinder     63058-037
Printed Name

P.O. Box 1000 Petersburg, VA 23804
Address

_____
Telephone Number

_____
Email Address